# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANICE ABNER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMPTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | No.  CV 10-1517-DMG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's report and recommendation.  The Court agrees with the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants' motion to dismiss is granted.

3. Plaintiff's claims against defendants Compton Unified School District and Browder are dismissed as follows:  (a) her federal civil rights claims against these defendants are dismissed without leave to amend and with prejudice, and (b) her claims arising under state law are dismissed without prejudice to plaintiff filing such claims in state court.

4. Plaintiff's claims against defendants Sewell and Chiapelli are dismissed with leave to amend.

5. Defendants' motion to have plaintiff declared a vexatious litigant is denied without prejudice.

6. If she still desires to pursue this action, Plaintiff may file a First Amended Complaint correcting the pleading deficiencies of her claims against defendants Sewell and Chiapelli within 20 days of the date of this Order, and to serve the First Amended Complaint on these two defendants consistent with the Federal Rules of Civil Procedure.

7. The clerk shall serve this order on all counsel or parties of record.

DATED: August 12, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE