## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No. CV 10-1517-DMG (PLA)**                                    **Date December 3, 2010**

**Title:   Janice Abner v. Gloriella Chiapelli, et al.**

--------------------------------------------------------------------------------

**PRESENT: THE HONORABLE   PAUL L. ABRAMS**

☐ **U.S. DISTRICT JUDGE**

☒ **MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                    NONE

**PROCEEDINGS:        (IN CHAMBERS)**

Pursuant to the Court's Order Adopting Magistrate Judge's Report and Recommendation, filed on August 12, 2010, plaintiff was to file a First Amended Complaint correcting the pleading deficiencies of her claims against defendants Sewell and Chiapelli **within 20 days of the date of the order, and to serve the First Amended complaint on those two defendants consistent with the Federal Rules of Civil Procedure.**  The First Amended Complaint was filed on September 1, 2010.  The Court extended plaintiff's time to serve the First Amended Complaint on two separate occasions: on September 24, 2010, and again on October 26, 2010.   The Court's Order of October 26, 2010, extended the time to serve the First Amended Complaint to November 26, 2010.  To date, copies of the Proof of Service of the First Amended Complaint have not been filed with the Court.  Accordingly, **no later than December 15, 2010, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the two copies of the Proof of Service on or before December 15, 2010, shall be deemed compliance with this Order to Show Cause.

cc:     Janice Abner, Pro Se

Initials of Deputy Clerk____ch____