1

2

3

4

5

6

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10             **WESTERN DIVISION**

11

12   JANICE ABNER,                          )   No.  CV 10-1517-DMG (PLA)
                                            )
13                      Plaintiff,          )
                                            )   **ORDER ADOPTING MAGISTRATE**
14             v.                           )   **JUDGE'S SECOND REPORT AND**
                                            )   **RECOMMENDATION**
15   COMPTON UNIFIED SCHOOL                 )
     DISTRICT, et al.,                      )
16                                          )
                       Defendants.          )
17   _____)

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the

20   magistrate judge's second report and recommendation.   The Court agrees with the

     recommendations of the magistrate judge.  The Court also notes that various court documents that
21
     have been served upon Plaintiff have been returned as undeliverable. [Doc. #s 61, 62, and 63]
22
     Local Rule 41-6 requires a party proceeding *pro se* to "keep the Court and opposing parties
23
     apprised of such party's current address. . . ."   Failure to do so may result in the dismissal of the
24
     action for lack of prosecution.
25
          ACCORDINGLY, IT IS ORDERED:
26
     //
27
     //
28

1.   The second report and recommendation is adopted.

2.   Defendant Chiappelli's motion to dismiss is granted.

3.   Judgment shall be entered consistent with this order.

4.   The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:   July 21, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE