# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANICE ABNER,<br><br>        Plaintiff,<br><br>        v.<br><br>COMPTON UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | No. CV 10-1517-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting second report and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: July 21, 2011

                                                            DOLLY M. GEE<br>                                        UNITED STATES DISTRICT JUDGE